# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **CIVIL MINUTES - GENERAL** | | **JS-6** |
|---|---|---|
| Case No. | CV17-98-CAS(JCx) | Date | June 1, 2017 |
| Title | *VALERIE FITZGERALD v. SAFECO INSURANCE COMPANY OF AMERICAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - STIPULATION FOR DISMISSAL WITH PREJUDICE (Filed 05/31/2017)[13]

The Court is in receipt of the above-referenced stipulation. No Proposed Order was submitted. The Court hereby grants the Stipulation for Dismissal With Prejudice. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

00 : 00

Initials of Preparer     CMJ